■ In the Matter of ARNOLD F. JACCARINO, Petitioner, against WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disburse-

ments to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.